John L. Kelley, Respondent, v. The Willsea Works, Appellant.— Order reversed, with ten dollars costs and disbursements to appellant to abide event, and motion granted, with ten dollars costs to appellant to abide event. All concurred.

City of Buffalo, Appellant, v. Gus Layman, Respondent.— Judgment affirmed, with costs. Held, that it cannot be held as matter of law upon the evidence in the record that the defendant violated the ordinance.* All concurred.

City of Buffalo, Appellant, v. Max Czudnovski, Respondent.— Judgment affirmed, with costs. Held, that it cannot be held as matter of law upon the evidence in the record that the defendant violated the ordinance.* All concurred.

Frederick Thomas, Appellant, v. Solvay Process Company, Respondent. — Judgment affirmed, with costs. All concurred, except Robson, J., who dissented.

Fire Department of the Village of Penn Yan, New York, Respondent, v. R. A. Corroon & Company, Appellant.— Judgment modified by deducting therefrom the amount included as interest, and as so modified affirmed, with costs. All concurred.

Francelia Hobart, as Administratrix, etc., of Henry R. Hobart, Deceased, Appellant, v. The Town of Tully, Respondent.— Judgment and order affirmed, with costs. All concurred.

Paul Meissner, Appellant, v. The Board of Education of Union Free School District No. 1, Town of Concord, N. Y., Respondent.— Judgment affirmed, with costs. All concurred.

In the Matter of the Application of Charles B. Fish and Others, Appellants, for a Peremptory Writ of Mandamus Directing Francis G. Ward, as Commissioner of Public Works of City of Buffalo to Issue to Them a Permit for the Erection and Construction of a Fireproof Building, etc., in the City of Buffalo, New York.— Order affirmed, with costs. All concurred.

Herman D. Ruhm, Respondent, v. Clement C. Speiden, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. All concurred.

John F. Burke, Respondent, v. William H. Burke, Appellant.— Motion for leave to appeal to Court of Appeals granted and question for review certified.

Edward Ferguson, as Administrator, etc., Respondent, v. New York Telephone Company, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

---

* See Buffalo Ordinances, chap. 9, § 9.— [REP.